114 F.3d 1172
 Peter Marycz, Jr., Denise Marycz, Wayne E. Strausser, Lee J.
Camp, Alex Keris, Flavia Robsock, John Zerance, Carole
Phillips, Lewis Dellegrotti, William T. Laundry, Brian K.
Bower, School Board Directors of Berwick Area School
District, Berwick Area School District, Robert A. Bull, t/a
Bull, Bull & Knecht
 NO. 96-7332
 United States Court of Appeals,
Third Circuit.
 Apr 03, 1997
 
 1
 Appeal From: M.D.Pa. ,No.031403:94-cv-01249
 
 
 2
 Affirmed.